UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER L. DIXON, | CASE NO. CV 16-01126- ODW (RAO) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| SCOTT KERNAN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 29, 2016

_____

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE